

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00383-CV

301 White Oak Ranch, Ltd., John D. Manning d/b/a JM Properties, and Auroras, LLP
v.
Oaks of Trinity Homeowners' Association, Inc.

On Appeal from the
253rd District Court of Liberty County, Texas
Trial Cause No. CV1104921-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 10, 2015